# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00259-MHC-CMS
## USA v. Mesika
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 10/27/2020.

| | |
|---|---|
| TIME COURT COMMENCED: 10:10 A.M. | COURT REPORTER: Judith Wolff |
| TIME COURT CONCLUDED: 11:35 A.M. | CSO/DUSM: Leonard Ball |
| TIME IN COURT: 1:25 | USPO: Lisa Moore |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Lynn Beck |

| | |
|---|---|
| DEFENDANT(S): | [1]Beny Mesika Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA<br>Bruce Harvey representing Beny Mesika<br>Stephen Katz representing Beny Mesika |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | No objections to the PSR by Government and Defense. PSR was adopted by the Court to which no objections had been raised. Court set forth sentencing guideline calculations. No objections to the guidelines as stated. Parties presented argument and recommendation regarding a reasonable sentence. Witnesses Mark Kunis, Dianna Eastling, Neer Mesika and Karen Fedder spoke on behalf of the defendant. Court advised defendant of his right of allocution. Defendant declined to make a statement on his behalf. Sentence pronounced. See J&C for details. 3553 factors stated by Court. Appeal rights given. |
| HEARING STATUS: | Hearing Concluded |